IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE ~~DAVIDSON~~ DIVISION

GREGORY TYRONE DOTSON,
    -PLAINTIFF,-

Vs.    C.A. No.# _____
       (JURY DEMAND)

RECEIVED IN CLERK'S OFFICE JAN 28 2014 U.S. DISTRICT COURT MID. DIST. TENN.

STATE OF TENNESSEE; Et AL;
WARDEN, Wayne Carpenter R.M.S.I, Et, AL; W.T.S.P. Et, AL;
  WARDEN, Jerry Lester Et, AL;
DEPUTY WARDEN, MAYS LMSI, I.A. KEYS R.M.SI, U-M Carpenter Et, AL;
CLASSIFICATION COORD. Bill Smith; CLASSIFICATION COORD;
DIR. OF RECORDS TIM TERRY R.M.S.I, CM/S PHILLIPS R.M.S.I, AND ADMIN. OFFICIALS (JOHN DOE);
UNIT (4-3) MANAGER DAVIS F. LM R.M.SI; RACHAEL JACKSON BLDG Et, AL;
  (JOHN DOE)
DIR. OF COMM. DORINDA CARTER, DIR. OF SENTENCE-
MANAGEMENT SERVICES, CANDANCE WHISMAN;
DAVIDSON CO. CRIM. CT. DIV. V, Et, AL; D.A. DEBORAH-
HOUSEL Et, AL; (JOHN DOE) CHARLES E. WALKER Et, AL;
CRIM. CT. CLERK AT DIV. V, DAWN MONDELLI, Et, AL.
HOWARD GENTRY AND DAVIS C. TORRENCE CRIM. CT. CLERKS;
MONTE D. WATKINS; DIV. V HONORABLE JUDGE, Et, AL;
T.D.O.C. COMMISSIONER, DERRICK SCHOFIELD, Et, AL;
*In their Individual and Official Capacities*
    -DEFENDANTS;-

## CIVIL RIGHTS COMPLAINT §1983
### (WITH A JURY DEMAND) (JURISDICTION AND VENUE)

This is a §1983 action filed by Gregory (Tyrone) Dotson; PRO-SE; A state prisoner at (T.D.O.C.) 7475 COCKRILL BEND BLVD; NASHVILLE, TENNESSEE 37209-1048. Alledging violation of constitutional rights and seeking money damages, Declaratory judgement, and Injunctive relief. The plaintiff requests a trial by Jury.

- JURISDICTION -

1. This is a civil rights action under 42 U.S.C. §1983. This court has jurisdiction under 28 U.S.C. [§1331] (a)(c), [§1343] Plaintiff also invokes the pendant jurisdiction of this court. See 28 U.S.C. SECTION 2201 and 2202; 28 U.S.C. 2283 AND 2284, Rule 65 F.R.C.P.; - PARTIES -

2. Plaintiff Gregory T. Dotson is presently incarcerated at the state prison of WEST. TENNESSEE. STATE. PRISON; at 480 Green Chapel Road, P.O. Box 1150; Henning, TENNESSEE 38041-1150. (W.T.S.P.).

(1).

# IN THE UNITED STATES DISTRICT COURT AT NASHVILLE, TENNESSEE.

Dear, (DIST.) JUDGE CAMPBELL                                      01-23-14.

RECEIVED IN CLERK'S OFFICE JAN 28 2014 U.S. DISTRICT COURT MID. DIST. TENN.

I AM WRITING YOU TO ELICIT YOUR PERMISSION TO FILE A "CIVIL COMPLAINT" AGAINST THOSE INDIVIDUALS WHO VIOLATED MY STATE AND FEDERAL CONSTITUTIONAL AMENDMENT(S)/RIGHTS..

THE REASON(S) THAT I AM RESPECTFULLY REQUESTING TO FILE "COMPLAINT"; ONLY FOR A "JUST (GOOD) CAUSE"; IS BECAUSE I AM IN A "DIRE NEED" OF JUSTICE, AND AN "EQUAL" OPPURTUNITY TO CLEAR THE PATH THAT (WE) ARE TRAVELLING ON.

I HAVE BEEN FALSELY IMPRISONED; SEE (EXHIBITS) PLEASE!

...WHAT'S RIGHT IS RIGHT, AND WHAT IS WRONG CAN BE CORRECTED; I BELIEVE THIS.

THEREFORE, I PERSONALLY ASKED YOUR PERMISSION TO "PROCEED" WITH "CIVIL COMPLAINT $1983 W/ A (JURY DEMAND);

I DO UNDERSTAND THAT (WE) MUST CONTINUE TO BE "NUETRAL"; AND I WILL ASSURE YOU THAT I DO INSIST ON DOING JUST THAT WHILE UNDERGOING THIS "CRITICAL" MATTER AT YOUR DISTRICT COURT, PLEASE!

I DO HAVE (TWO) PENDING CIVIL; (ONE) FOR HABEAS RELIEF; AND (TWO) FOR AND 1983 COMPLAINT AGAINST RIVERBEND;

...THIS "COMPLAINT" I AM WISHING TO FILE IS "ESSENTIAL" AND VERY "VITAL" AND "ADMISSIBLE" REGARDING MY CURRENT/PRESENT "CONDITION", "SITUATION", "CIRCUMSTANCES", "PREDICTAMENT" AND (FALSE IMPRISONMENT):

...I WISH THAT YOUR "ARMS" WOULD BE STRENGTHENED; AND THAT YOUR HOUSEHOLD WILL BECOME MORE HEALTHIER AND LIFTED IN "PEACE" AND IN THE SPIRIT OF "HARMONY"

P.S. I AM HAVING DIFFICULTIES RECIEVING AN TRUST FUND PRINT OUT W/ CUSTODIAN AFFIDAVIT... PLEASE EXTEND YOUR "MERCY" AND "PATIENCE"!

RESPECTFULLY SUBMITTED,
G. T. DOTSON # 335693.
P.O. BOX 1150
HENNING, TN 38041-1150

ATTEN:
JUDGE Todd J. Campbell
U.S. Dist. Cthse; Rm#A-826
Nashville, TN 37203.

*URGENT*

RECEIVED IN CLERK'S OFFICE JAN 28 2014 U.S. DISTRICT COURT MID. DIST. TENN.

Gregory Dotson #00339695.
W.T.S.P / SITE. 2
P.O. Box 1150
HENNING, TENNESSEE 38041-1150

"LEGAL MAIL"

Chief Judge Todd J. Campbell,
801 BROADWAY, Rm #820 U.S. Cthse,
NASHVILLE, TENNESSEE 37203.

Atten: U.S. Cthse. CLERK KEITH THROCKMORTON