UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREGORY TYRONE DOTSON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:14-0590 |
| | ) | JUDGE HAYNES |
| | ) | |
| STATE OF TENNESSEE, et al ET AL | ) | |
| | ) | |
| Defendant | ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/28/14.

     KEITH THROCKMORTON, CLERK
     s/Althea F. Straughter, Deputy Clerk